Decided July 6, 2011

JOSEPH WINALSKI *v.* NICHOLAS COULOUTE ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 33322) is denied.

*Nicholas Couloute*, pro se, *April Couloute*, pro se, *Brandon Couloute*, pro se, and *Nicole Couloute*, pro se, in support of the petition.

Decided July 6, 2011

RICHARD KOSLIK *v.* COMMISSIONER OF
CORRECTION

The motion of the petitioner-appellant, filed July 6, 2011, to reconsider the order on petition for certification to appeal, or, in the alternative, that this court order that the petitioner-appellant be converted to the respondent-appellee, having been presented to the court, it is hereby ordered that the portion of the motion seeking reconsideration is granted. It is further ordered, sua sponte, that certification was improvidently granted.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.